IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-cv-00218-FL

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES EAST, LP, <br><br> Defendant. | ORDER GRANTING JOINT CONSENT MOTION TO STAY CASE FOR 30 DAY AND VACATE ALL PENDING DEADLINES |

This matter is before the Court on the Parties' Joint Consent Motion to Stay Case For 30 Days and Vacate All Pending Deadlines. Having reviewed the motion, the Court finds good cause to grant the motion.

Accordingly, the Parties' motion is GRANTED. All case deadlines are hereby vacated, and this matter is STAYED for thirty days from the date of this Order.

Within 14 days of the expiration of the stay, the parties shall submit either a status report regarding the status of settlement negotiations, a consent decree for court approval, or a proposed new case management order.

It is so ORDERED on this the 19th day of August, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge