IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:23-CV-00218-FL

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| WAL-MART STORES EAST, LP, | ) ) |
| Defendant. | ) ) ) |

JOINT MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendant Wal-Mart Stores East, LP (collectively, "Parties") move the Court to approve and enter the proposed Consent Decree attached as Exhibit 1 as the final judgment resolving this action. In support of this Motion, the Parties state:

1. The Parties have negotiated, resolved, and settled all matters at issue in this litigation, as evidenced by their signatures on the proposed Consent Decree, which is attached as Exhibit 1.

2. The Parties believe the terms of this Consent Decree are adequate, fair, reasonable, equitable, and just.

3. The Consent Decree conforms to the Federal Rules of Civil Procedure and is not in derogation of the rights or privileges of any person.

4. The entry of this Consent Decree will further the objectives of the Americans with Disabilities Act and will be in the best interests of the Parties, including the individual for whom the EEOC seeks relief, and the public.

5. By entering into this Consent Decree, Wal-Mart Stores East, LP does not admit any

fault or violation of the law. Wal-Mart Stores East, LP expressly denies any violation of the law.

WHEREFORE, the Parties respectfully request this Court approve and enter the Consent Decree and retain jurisdiction during the term of the Consent Decree to enforce the terms and conditions set forth therein.

This the 17th day of September, 2024.

Respectfully submitted,

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |
|---|---|
| */s/ Joshua Kadel* <br> JOSHUA KADEL <br> Trial Attorney <br> VA State Bar No. 89308 <br> EEOC, Richmond Local Office <br> 400 North Eighth Street, Suite 350 <br> Richmond, VA 23219 <br> Telephone: (804) 362-6924 <br> Email: joshua.kadel@eeoc.gov <br><br> NICHOLAS WOLFMEYER <br> Trial Attorney <br> FL Bar No. 127218 <br> EEOC, Charlotte District Office <br> 129 W. Trade Street, Suite 400 <br> Charlotte, N.C. 28202 <br> Telephone: (704) 909-5632 <br> Email: nicholas.wolfmeyer@eeoc.gov | */s/ Salvador P. Simao* <br> SALVADOR P. SIMAO <br> NJ State Bar No. 026111997 <br> (Special Appearance) <br> CONSTANGY, BROOKS, SMITH & PROPHETE, LLP <br> 15 Independence Boulevard <br> Warren, New Jersey 07059 <br> Telephone: 908-758-2785 <br> Email: ssimao@constangy.com <br><br> ASHLEY L. ORLER <br> IL State Bar No. 6297339 <br> (Special Appearance) <br> CONSTANGY, BROOKS, SMITH & PROPHETE, LLP <br> 20 N. Wacker Drive, Suite 4120 <br> Chicago, Illinois 60606 <br> Telephone: 773-661-4713 <br> Email: aorler@constangy.com <br><br> Shannon S. Spainhour <br> NC State Bar No. 28108 <br> CONSTANGY, BROOKS, SMITH & PROPHETE, LLP <br> 84 Peachtree Road, Suite 230 <br> Asheville, N.C. 28803 <br> Telephone: 828-575-5818 <br> Email: mspainhour@constangy.com <br><br> DANIELLE PIERRE |

NJ State Bar No. 209902018
(Special Appearance)
CONSTANGY, BROOKS, SMITH &
PROPHETE, LLP
15 Independence Boulevard
Warren, New Jersey  07059
Telephone:  908-758-2785
Email:  dpierre@constangy.com